# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2021

## NO. 03-19-00668-CR

**Ex parte Judy Stailey**

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's order denying the application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying the application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.